In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Bounded by Farragut Road, East 40th Street, Foster Avenue and Albany Avenue in the Borough of Brooklyn, for Park Purposes.

LILY B. CORTELYOU et al., Appellants.

Argued May 20, 1943; decided July 20, 1943.

*George Schenker* and *Edwin A. McGuire* for appellants.

*Robert H. Schaffer, Acting Corporation Counsel (Reuben Levy, Julius Isaacs* and *Joseph S. Deutsch* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.